838

No. 341. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. *v.* BUTTREY, TRUSTEE IN BANKRUPTCY. C. A. 7th Cir. Certiorari denied. *Alan W. Boyd* and *Thomas M. Scanlon* for petitioner. *Hugh A. Thornburg* for respondent.

No. 342. EXCHANGE NATIONAL BANK OF ATCHISON *v.* HIBERNIA NATIONAL BANK OF NEW ORLEANS. C. A. 5th Cir. Certiorari denied. *H. Hepburn Many, John M. Phillips,* and *O. John Rogge* for petitioner.

No. 345. AMALGAMATED TRANSIT UNION, LOCAL DIVISION 1338, ET AL. *v.* DALLAS PUBLIC TRANSIT BOARD ET AL. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Certiorari denied. *Earle W. Putnam* and *L. N. D. Wells, Jr.,* for petitioners. *N. Alex Bickley* and *Ted P. MacMaster* for respondents Dallas Public Transit Board et al.

No. 346. HICKMAN GARMENT CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Marvin Posner* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Eugene B. Granof* for respondent.

No. 353. R. G. BARRY CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Glenn L. Greene, Jr.,* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 359. HOLOCHUCK *v.* UNITED AIRCRAFT CORP. C. A. 2d Cir. Certiorari denied. *Lee S. Kreindler* for petitioner. *Daniel Huttenbrauck* for respondent.